# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on May 5, 2015

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| MARQUESE A. MURRAY, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 111(a)(1) and (b) |
| Defendant. | : | (Assaulting, Resisting, or Impeding |
| | : | Certain Officers or Employees) |
| | : | 22 D.C. Code § 402 |
| | : | (Assault with a Dangerous Weapon) |
| | : | 22 D.C. Code § 4504(b) |
| | : | (Possession of a Firearm During the |
| | : | Commission of a Crime of Violence or |
| | : | Dangerous Offense) |
| | : | |
| | : | **UNDER SEAL** |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about March 2, 2016, within the District of Columbia, **MARQUESE A. MURRAY**, using a deadly and dangerous weapon, to wit, an automobile, did unlawfully, knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, interfere and inflict bodily injury to Federal Task Force Officer Allee Ramadhan, a person designated in section 1114 of Title 18, United States Code, while Federal Task Force Officer Allee Ramadhan was engaged in and on account of the performance of Federal Task Force Officer Allee Ramadhan's official duties.

   (**Assaulting, Resisting, or Impeding Certain Officers or Employees**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

## COUNT TWO

On or about March 2, 2016, within the District of Columbia, **MARQUESE A. MURRAY** assaulted an unknown individual with a dangerous weapon, that is, a firearm.

(**Assault with A Dangerous Weapon**, in violation of Title 22, District of Columbia Code, Section 402)

## COUNT THREE

On or about March 2, 2016, within the District of Columbia, **MARQUESE A. MURRAY** did possess a firearm, which is a Glock .45 caliber semi-automatic pistol, or imitation thereof, while committing the crime of an assault with a dangerous weapon, as set forth in Count Two of this indictment.

(**Possession of a Firearm During the Commission of a Crime of Violence or Dangerous Offense**, in violation of Title 22, District of Columbia Code, Section 4504(b))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia.