**FILED**

**MAR 10 2016**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| v. | : | |
| | : | Case: 1:16-cr-00039 |
| **MARQUESE A. MURRAY,** | : | Assigned To : Walton, Reggie B. |
| | : | Assign. Date : 3/10/2016 |
| **Defendant.** | : | Description: INDICTMENT (B) |

## ORDER

Based on the representations in the government's motion to seal the indictment, motion to seal and proposed order, and to delay entry on the public docket of the filing of this motion to seal, this Court makes the following:

## FINDINGS OF FACT

The government has investigated the defendant in an ongoing criminal investigation of Assaulting, Resisting or Impeding Certain Officers or Employees, in violation of Title 18, United States Code, Sections 111(a)(1) and (b), Assault With a Dangerous Weapon, in violation of Title 22, District of Columbia Code, Section 402, and Possession of a Firearm During the Commission of a Crime of Violence or Dangerous Offense, in violation of Title 22, District of Columbia Code, Section 4504(b). The defendant has not been taken into custody on these charges. The defendant's discovery of the indictment would pose a risk that the defendant may flee or may hinder law enforcement's ability to take him into custody. The public docketing at this time of the indictment and the motion to delay entry of the public docket of the filing of this motion to seal, as well as the Order granting such motion, also may substantially jeopardize ongoing criminal investigations stemming from the original investigation.

Based on the representations in the government's motion, Washington Post v. Robinson, 935 F.2d 282, 289 n. 10 (D.C. Cir. 1991), and this Court's findings of facts, this Court finds that

there is a compelling governmental interest in sealing the indictment and the arrest warrant, and that an extraordinary situation exists which justifies a delay in the public docketing of any notice that the government's motion and this Order have been filed with the Criminal Clerk's office under seal.

Based on the above, it is this ____ day of March, 2016,

**ORDERED** that this Order, and the attached government motion to seal the indictment, and to delay entry on the public docket of the filing of this motion to seal shall be filed under seal in the Criminal Clerk's office until further order of this Court, and it is

**FURTHER ORDERED** that the indictment and arrest warrant in this case shall be placed under seal by the Criminal Clerk's office until further order of this Court, and it is

**FURTHER ORDERED** that the Criminal Clerk's office shall not make any entry on the public docket in this case of the government's motion to seal and the Order granting such motion, and other pleadings filed under seal in this case until further order of this Court.

G. MICHAEL HARVEY
United States Magistrate Judge
for the District of Columbia