AO 442 (Rev 01/09) Arrest Warrant                                                         9983472

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

**UN SEALED**

**FILED**
OCT 20 2017
Clerk, U.S. District and Bankruptcy Courts

| United States of America | ) | Case: 1:16-cr-00039 |
|---|---|---|
| v. | ) | Assigned To : Walton, Reggie B. |
| MARQUESE A. MURRAY | ) | Assign. Date : 3/10/2016 |
| | ) | Description: INDICTMENT (B) |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MARQUESE A. MURRAY                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) and (b) (Assaulting, Resisting, or Impeding Certain Officers or Employees); 22 D.C. Code § 402 (Assault with a Dangerous Weapon); and 22 D.C. Code § 4504(b) (Possession of a Firearm During the Commission of a Crime of Violence or Dangerous Offense)

Date:  03/10/2016

*Issuing officer's signature*

City and state:   WASHINGTON, D.C.            G. MICHAEL HARVEY, Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/15/2016, and the person was arrested on *(date)* 10/20/17
at *(city and state)*   Washington DC

Date:  10/20/17

*Arresting officer's signature*

James Vescio DUSM
*Printed name and title*